### 5865.  SHEALEY *v.* THE STATE.

RUSSELL, C. J. The ruling in this case is controlled by the decision of this court in the case of *Shealey* v. *State*, ante, 191 (84 S. E. 839).

*Judgment reversed. Broyles, J., not presiding.*

DECIDED APRIL 13, 1915.

Accusation of carrying concealed weapon; from city court of Oglethorpe—Judge Greer. June 11, 1914.

*Jere M. Moore,* for plaintiff in error.

*Jule Felton, solicitor,* contra.